IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUL 11  PM 1:54

DEPUTY CLERK _____

UNITED STATES OF AMERICA

v.

JOSE GARCIA-LIZANAGA (1)
    a/k/a "Chepe"
JORGE LIZARRAGA-TIRADO (2)
    a/k/a "Luis" or "Barba"
ANTONIO ALVAREZ, JR. (3)
    a/k/a "Tony"
EDUARDO AGUSTIN CRUZ (4)
    a/k/a "Lalo"
ROBERT LEE MELENDEZ (5)
    a/k/a "Roberto"
JESUS MARCUS FRANCO (6)
    a/k/a "Jesse"
JUANA SANCHEZ (7)
    a/k/a "Juana Salazar" or "Jaime"
RICHARD DAVID HUPPER (8)
    a/k/a "Piraton"
ANDREW DOYAL PUGH (9)
GREGORY HOLLEMAN (10)
    a/k/a "G"
SAUL CHAVIRA-MOLINA (11)
JERMAINE EDGAR GARMON (12)
SHAD EVERETT EVANS (13)
ARTURO SANCHEZ (14)
PETRA MARIA SAUCEDA-PEREZ (16)
    a/k/a "Aunt" or "Tia"
KIM HERRERA (17)
JESSICA ANGEL DELEON (18)
BRODERICK BRADLEY (19)
AMBROSIO GARCIA, JR. (20)
    a/k/a "Bocho"
AMBROSIO
    GARCIA-RODRIGUEZ, SR. (21)
ALEJANDRO CASTILLO (22)
    a/k/a "Alex"
PAUL LARUE BRADLEY (23)

No. 5:18-CR-050-C
**(Supersedes indictment filed 6/13/18)**

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
(Violation of 21 U.S.C. § 846)

From on or about a date unknown to the grand jury and continuing through on or

about the date of this indictment, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-**

**Tirado**, also known as "Luis" or "Barba", **Antonio Alvarez, Jr.**, also known as "Tony",

**Eduardo Agustin Cruz**, also known as "Lalo", **Robert Lee Melendez**, also known as

"Roberto", **Jesus Marcus Franco**, also known as "Jesse", **Juana Sanchez**, also known

as "Juana Salazar" or "Jaime", **Richard David Hupper**, also known as "Piraton",

**Andrew Doyal Pugh**, **Gregory Holleman**, also known as "G", **Saul Chavira-Molina**,

**Jermaine Edgar Garmon**, **Shad Everett Evans**, **Arturo Sanchez**, **Petra Maria**

**Sauceda-Perez**, also known as "Aunt" or "Tia", **Kim Herrera**, **Jessica Angel Deleon**,

**Broderick Bradley**, **Ambrosio Garcia, Jr.**, also known as "Bocho", **Ambrosio Garcia-**

**Rodriguez, Sr.**, **Alejandro Castillo**, also known as "Alex", and **Paul Larue Bradley**,

defendants, did knowingly and intentionally combine, conspire, confederate, and agree

with each other, and with persons known and unknown to the grand jury to commit an

offense against the United States, that is, to knowingly and intentionally distribute and

possess with intent to distribute a mixture and substance containing a detectable amount

of cocaine and methamphetamine, both Schedule II controlled substances, and

marihuana, a Schedule I controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

<u>Quantity of Controlled Substance Involved in the Conspiracy</u>

<u>*Cocaine*</u>

With respect to defendants **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", **Antonio Alvarez, Jr.**, also known as "Tony", **Robert Lee Melendez**, also known as "Roberto", and **Jesus Marcus Franco**, also known as "Jesse", the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

With respect to defendants **Eduardo Agustin Cruz**, also known as "Lalo", **Petra Maria Sauceda-Perez**, also known as "Aunt" or "Tia", **Kim Herrera, Jessica Angel Deleon, Ambrosio Garcia, Jr.** also known as "Bocho", and **Ambrosio Garcia-Rodriguez, Sr.**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams and more, but less than five kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to defendants **Juana Sanchez**, also known as "Juana Salazar" or "Jaime", **Gregory Holleman**, also known as "G", **Saul Chavira-Molina, Jermaine Edgar Garmon, Shad Everett Evans, Arturo Sanchez, Broderick Bradley,**

**Alejandro Castillo**, also known as "Alex", and **Paul Larue Bradley**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(C).

### *Methamphetamine*

With respect to defendants **Jose Garcia-Lizanaga**, also known as "Chepe", **Richard David Hupper**, also known as "Piraton", and **Andrew Doyal Pugh**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### *Marihuana*

With respect to defendants **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", **Jesus Marcus Franco**, also known as "Jesse", **Ambrosio Garcia, Jr.**, also known as "Bocho", and **Ambrosio Garcia-Rodriguez, Sr.**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

Count Two
Distribution and Possession with Intent to Distribute
500 Grams or More of Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii))

On or about June 10, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Ambrosio Garcia, Jr.**, also known as "Bocho", and **Ambrosio Garcia-Rodriguez, Sr.**, defendants, did intentionally and knowingly distribute and possess with intent to distribute 500 grams and more, but less than five kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Three
Distribution and Possession with Intent to Distribute
500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about June 6, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Richard David**

**Hupper**, also known as "Piraton", and **Andrew Doyal Pugh**, defendants, did

intentionally and knowingly distribute and possess with intent to distribute 500 grams and

more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Count Four</u>
Distribution and Possession with Intent to Distribute Marihuana
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D))

On or about May 4, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Robert Lee Melendez**, also known as "Roberto", defendant, did

intentionally and knowingly distribute and possess with intent to distribute a mixture and

substance containing a detectable amount of marihuana, a Schedule I controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

Count Five
Unlawful Use of a Communications Facility
(Violation of 21 U.S.C. § 843(b))

On or about April 30, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", and **Robert Lee Melendez**, also known as "Roberto", defendants, did intentionally and knowingly use a communications facility, to wit: cellular telephones, in facilitating the commission of Distribution and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

<u>Count Six</u>
Unlawful Use of a Communications Facility
(Violation of 21 U.S.C. § 843(b))

On or about April 21, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", and **Juana Sanchez**, also known as "Juana Salazar" or "Jaime", defendants, did intentionally and knowingly use a communications facility, to wit: cellular telephones, in facilitating the commission of Distribution and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

Count Seven
Distribution and Possession with Intent to Distribute
500 Grams or More of Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii))

On or about April 16, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", **Antonio Alvarez, Jr.**, also known as "Tony", and **Jessica Angel Deleon**, defendants, did intentionally and knowingly distribute and possess with intent to distribute 500 grams and more, but less than five kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Eight</u>
Unlawful Use of a Communications Facility
(Violation of 21 U.S.C. § 843(b))

On or about April 15, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-**

**Tirado**, also known as "Luis" or "Barba", and **Jesus Marcus Franco**, also known as

"Jesse", defendants, did intentionally and knowingly use a communications facility, to

wit: cellular telephones, in facilitating the commission of Distribution and Possession

with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section

841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

<u>Count Nine</u>
Distribution and Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 10, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", and **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", defendants, did intentionally and knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Ten
Bulk Cash Smuggling
(Violation of 31 U.S.C. § 5332(a))

On or about April 7, 2018, in the Lubbock Division of the Northern District of Texas, the Western District of Texas, and elsewhere, **Petra Maria Sauceda-Perez**, also known as "Aunt" or "Tia", defendant, did, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly conceal more than $10,000 in currency and other monetary instruments, on the defendant's person and in a conveyance, article of luggage, merchandise, and other container, and transported and transferred, and attempted to transport and transfer, such currency and monetary instruments from a place within the United States to a place outside of the United States.

In violation of Title 31, United States Code, Section 5332(a), and Title 18, United States Code, Section 2.

Count Eleven
Unlawful Use of a Communications Facility
(Violation of 21 U.S.C. § 843(b))

On or about April 6, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-**

**Tirado**, also known as "Luis" or "Barba", **Eduardo Agustin Cruz**, also known as

"Lalo", and **Jesus Marcus Franco**, also known as "Jesse", defendants, did intentionally

and knowingly use a communications facility, to wit: cellular telephones, in facilitating

the commission of Distribution and Possession with Intent to Distribute Cocaine, in

violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

Count Twelve
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 21, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Saul Chavira-Molina**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count Thirteen
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 19, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Arturo Sanchez**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count Fourteen
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 16, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Gregory Holleman**, also known as "G", and **Jermaine Edgar Garmon**, defendants, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Fifteen
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 16, 2018, in the Lubbock Division of the Northern District

of Texas, and elsewhere, **Shad Everett Evans**, defendant, did intentionally and

knowingly possess with intent to distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count Sixteen
Distribution and Possession with Intent to Distribute
28 Grams or More of Cocaine Base
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii))

On or about February 9, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Broderick Bradley**, defendant, did intentionally and knowingly

distribute and possess with intent to distribute 28 grams and more, but less than 280

grams, of a mixture and substance containing a detectable amount of cocaine base, a

Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(iii).

Count Seventeen
Distribution and Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about January 29, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Broderick Bradley**, defendant, did intentionally and knowingly

distribute and possess with intent to distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count Eighteen
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about June 6, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Andrew Doyal Pugh**, defendant, did knowingly possess a firearm, to wit: a Taurus, .45 caliber revolver, serial number BU667666, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute 500 Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), as charged in count three of this indictment, an offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

Jose Garcia-Lizanaga, et al.
Indictment - Page 21

Count Nineteen
Distribution and Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 14, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Eduardo Agustin Cruz**, also known as "Lalo", and **Alejandro Castillo**, also known as "Alex", defendants, did intentionally and knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Twenty</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about June 14, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Alejandro Castillo**, also known as "Alex", defendant, did

knowingly possess a firearm, to wit: a Springfield, model XDS, 9mm pistol, serial

number S3734126, in furtherance of a drug trafficking crime, that is, Distribution and

Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C), as charged in count nineteen of this indictment, an

offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

Count Twenty-One
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 21, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Paul Larue Bradley**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count Twenty-Two
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about June 21, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Broderick Bradley**, defendant, did knowingly possess a firearm,

to wit: a Springfield, model XD, .45 caliber pistol, serial number XS631648, in

furtherance of a drug trafficking crime, that is, Conspiracy to Distribute and Possess with

Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846, as

charged in count one of this indictment, an offense for which he may be prosecuted in a

court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

<u>Count Twenty-Three</u>
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 21, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Jesus Marcus Franco**, also known as "Jesse", defendant, did

intentionally and knowingly possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count Twenty-Four
Possession of Firearms in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about June 21, 2018, in the Lubbock Division of the Northern District of
Texas, and elsewhere, **Jesus Marcus Franco**, also known as "Jesse", defendant, did
knowingly possess firearms, to wit: a Smith and Wesson, 9mm pistol, serial number
FWF2835; a Mossberg, 12-gauge shotgun, serial number T180452; and a Mossberg, 12-
gauge shotgun, serial number V0231512, in furtherance of a drug trafficking crime, that
is, Possession with Intent to Distribute Cocaine, in violation of Title 21, United States
Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in count twenty-three of this
indictment, an offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

<u>Count Twenty-Five</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about June 21, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", defendant, did knowingly possess a firearm, to wit: a Smith and Wesson, model M&P, 9mm pistol, serial number HTM7141, in furtherance of a drug trafficking crime, that is, Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846, as charged in count one of this indictment, an offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

Forfeiture Notice
(21 U.S.C. § 853(a) and 21 U.S.C. § 853(p))

Upon conviction of any offense charging a violation of United States Code, Title 21, and pursuant to 21 U.S.C. § 853(a), defendants, **Jose Garcia-Lizanaga**, also known as "Chepe", **Jorge Lizarraga-Tirado**, also known as "Luis" or "Barba", **Antonio Alvarez, Jr.**, also known as "Tony", **Eduardo Agustin Cruz**, also known as "Lalo", **Robert Lee Melendez**, also known as "Roberto", **Jesus Marcus Franco**, also known as "Jesse", **Juana Sanchez**, also known as "Juana Salazar" or "Jaime", **Richard David Hupper**, also known as "Piraton", **Andrew Doyal Pugh**, **Gregory Holleman**, also known as "G", **Saul Chavira-Molina**, **Jermaine Edgar Garmon**, **Shad Everett Evans**, **Arturo Sanchez**, **Petra Maria Sauceda-Perez**, also known as "Aunt" or "Tia", **Kim Herrera**, **Jessica Angel Deleon**, **Broderick Bradley**, **Ambrosio Garcia, Jr.**, also known as "Bocho", **Ambrosio Garcia-Rodriguez, Sr.**, **Alejandro Castillo**, also known as "Alex", and/or **Paul Larue Bradley**, defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as a result of the offense(s), and any of the property used, or intended to be used, in any manner or part, by the defendant(s) to commit, or to facilitate the commission of the offense(s).

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant(s):

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SEAN M. LONG
Assistant United States Attorney
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:    sean.long@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JOSE GARCIA-LIZANAGA (1)
a/k/a "Chepe"
JORGE LIZARRAGA-TIRADO (2)
a/k/a "Luis" or "Barba"
ANTONIO ALVAREZ, JR. (3)
a/k/a "Tony"
EDUARDO AGUSTIN CRUZ (4)
a/k/a "Lalo"
ROBERT LEE MELENDEZ (5)
a/k/a "Roberto"
JESUS MARCUS FRANCO (6)
a/k/a "Jesse"
JUANA SANCHEZ (7)
a/k/a "Juana Salazar" or "Jaime"
RICHARD DAVID HUPPER (8)
a/k/a "Piraton"
ANDREW DOYAL PUGH (9)
GREGORY HOLLEMAN (10)
a/k/a "G"
SAUL CHAVIRA-MOLINA (11)
JERMAINE EDGAR GARMON (12)
SHAD EVERETT EVANS (13)
ARTURO SANCHEZ (14)
PETRA MARIA SAUCEDA-PEREZ (16)
a/k/a "Aunt" or "Tia"
KIM HERRERA (17)
JESSICA ANGEL DELEON (18)
BRODERICK BRADLEY (19)
AMBROSIO GARCIA, JR. (20)
a/k/a "Bocho"
AMBROSIO GARCIA-RODRIGUEZ, SR. (21)
ALEJANDRO CASTILLO (22)
a/k/a "Alex"
PAUL LARUE BRADLEY (23)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21, United States Code, Section 846. |
| COUNTS 2 and 7: | DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii). |
| COUNT 3: | DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii). |
| COUNT 4: | DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE MARIHUANA<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D). |
| COUNTS 5, 6, 8, and 11: | UNLAWFUL USE OF A COMMUNICATIONS FACILITY<br>Title 21, United States Code, Section 843(b). |
| COUNTS 9 and 17: | DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). |
| COUNT 10: | BULK CASH SMUGGLING<br>Title 31, United States Code, Section 5332(a). |
| COUNTS 12-15, 19, 21, and 23: | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). |
| COUNT 16: | DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 28 GRAMS OR MORE OF COCAINE BASE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii). |
| COUNTS 18, 20, 22, 24, and 25: | POSSESSION OF A FIREARM(S) IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c). |

FORFEITURE NOTICE

(25 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Lubbock

Foreperson

Filed in open court this _____11th_____ day of _____July_____,
A.D. 2018.

ARREST WARRANT TO ISSUE ONLY AS TO:     **Paul Larue Bradley**

UNITED STATES MAGISTRATE JUDGE